```
                   UNITED STATES DISTRICT COURT
                        DISTRICT OF NEVADA
                          RENO, NEVADA

FRANK J. FOSBRE, JR., derivatively )   3:09-CV-0467-ECR-RAM (Base Case)
on behalf of INTERNATIONAL GAME    )   Member Cases 3:09-CV-0489,
TECHNOLOGY,                        )   3:09-CV-0536, and 3:09-CV-0542
                                   )
     Plaintiff,                    )   MINUTES OF THE COURT
                                   )
vs.                                )
                                   )   DATE:   August 4, 2010
THOMAS J. MATTHEWS, et al.,        )
                                   )
     Defendants                    )
                                   )
and                                )
                                   )
INTERNATIONAL GAME TECHNOLOGY,     )
                                   )
     Nominal Defendant             )
_____)
JEANNE M. CALAMORE, derivatively   )   3:09-CV-0489-ECR-VPC
on behalf of INTERNATIONAL GAME    )
TECHNOLOGY,                        )
                                   )
     Plaintiff,                    )
                                   )
vs.                                )
                                   )
THOMAS J. MATTHEWS, et al.,        )
                                   )
     Defendants                    )
                                   )
and                                )
                                   )
INTERNATIONAL GAME TECHNOLOGY,     )
                                   )
     Nominal Defendant             )
_____)
SANJAY ISRANI, derivatively        )   3:09-CV-0536-ECR-RAM
on behalf of INTERNATIONAL GAME    )
TECHNOLOGY,                        )
                                   )
     Plaintiff,                    )
                                   )
vs.                                )
```

```
                                      )
ROBERT A. BITTMAN, et al.,            )
                                      )
     Defendants                       )
                                      )
and                                   )
                                      )
INTERNATIONAL GAME TECHNOLOGY,        )
                                      )
     Nominal Defendant                )
                                      )
IRINA ARONSON, derivatively           )     3:09-CV-0542-ECR-VPC
on behalf of INTERNATIONAL GAME       )
TECHNOLOGY,                           )
                                      )
     Plaintiff,                       )
                                      )
vs.                                   )
                                      )
THOMAS J. MATTHEWS, et al.,           )
                                      )
     Defendants                       )
                                      )
and                                   )
                                      )
INTERNATIONAL GAME TECHNOLOGY,        )
                                      )
     Nominal Defendant                )
                                      )
```

PRESENT:     EDWARD C. REED, JR.                    U. S. DISTRICT JUDGE

Deputy Clerk:    COLLEEN LARSEN           Reporter:     NONE APPEARING

Counsel for Plaintiff(s)                  NONE APPEARING

Counsel for Defendant(s)                  NONE APPEARING

MINUTE ORDER IN CHAMBERS

     On July 2, 2010, the Court Ordered (#81) that IGT's Motion to Dismiss (#54) be granted and that Plaintiffs would have twenty-one (21) days within which to file an amended complaint. Plaintiffs have not filed an amended complaint.

**IT IS, THEREFORE, HEREBY ORDERED** the Clerk shall enter judgment in favor of Defendant and against Plaintiffs.

LANCE S. WILSON, CLERK

By     /s/
    Deputy Clerk